# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **EPIC GAMES, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 08-CV-0764-MJR** |
| | ) | |
| **ROGER ALTMEYER** | ) | |
| **(d/b/a Saint Louis Mod Shop),** | ) | |
| | ) | |
| **Defendant.** | ) | |

## IMPOUNDMENT ORDER

**REAGAN, District Judge:**

On November 5, 2008, the Court entered an Order granting in part and denying in part Epic Games's motion for issuance of an impoundment order (Doc. 13). Therein, the Court indicated that the terms of impoundment would be set out in a separate order. Accordingly, the Court hereby **ORDERS** the seizure of certain articles infringing copyrights, in accordance with 17 U.S.C. § 1203, as follows:

The Court **DIRECTS** the United States Marshal for the Southern District of Illinois to seize, using force as may reasonably be necessary, from the premises at **3027 Mockingbird Lane, Granite City, Illinois 62040**, the following items or any larger or smaller part of them: **any and all DVDs of the *Gears of War 2* video game.**

The Marshal is further **AUTHORIZED** to be accompanied during this seizure by such agents or representatives of the Plaintiff as he deems appropriate.

The Court further **DIRECTS** that this seizure shall be conducted at the premises

specified above in a manner calculated to prevent Defendant from concealing, transporting, or otherwise avoiding seizure of infringing articles.

Additionally, the Marshal **SHALL** inventory and deliver all articles seized to **Mr. Ameer Gado, Esquire**, of the firm Bryan Cave LLP, 211 N. Broadway, Suite 3600, St. Louis, Missouri 63102, as the Court **DESIGNATES** Mr. Gado to maintain in a secure place all seized copies of DVDs of *Gears of War 2* for safekeeping pending a further order of this Court.

The Court further **DIRECTS** that the Marshal serve upon the Defendant a copy of this Impoundment Order and the Court's Order Issuing Temporary Restraining Order by delivering them to the Defendant personally, if he can be found within the district, or if he cannot there be found, to any agent of the Defendant, or to the person from whose possession the articles are taken. If neither the Defendant nor any such agent of the Defendant can there be found, then the Marshal shall leave such copies at the usual place of business or at the residence of the Defendant, or of any agent of the Defendant, or at the place where such articles are found, with any person of suitable age and discretion. The Marshal shall make immediate return of such service and of such seizure or attempted seizure of this Court.

**IT IS SO ORDERED.**

**DATED this 5th day of November 2008.**

s/ Michael J. Reagan
**MICHAEL J. REAGAN**
**United States District Judge**